# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# SCHITT'S CREEK

**Reg. No. 5,964,319**

**Registered Jan. 21, 2020**

**Int. Cl.: 9, 16, 18, 20, 21, 24, 25, 28, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

Not a Real Holding Company Inc. (CANADA CORPORATION)
35 Mccaul Street, Suite 405
Toronto, Ontario, CANADA M5T1V7

CLASS 9: Sound recordings featuring musical soundtracks and audio from comedic and musical television programs; motion picture films featuring comedy and pre-recorded video tapes featuring television programs in the field of comedy and music; pre-recorded audio tapes featuring musical soundtracks and audio from comedic and musical television programs, video cassettes, video tapes, video discs and digital video discs containing television programs in the fields of comedy; recorded magnetic tapes with sounds and images in the fields of comedic television programs and music; phonograph records and disks, namely, pre-recorded phonograph records and disks featuring musical soundtracks and audio from comedic and musical television programs; interactive games, namely, interactive game software; computer game programs; video game programs; phonograph recordings featuring musical soundtracks and audio from comedic and musical television programs and holders for pre-recorded CDs and cassettes

CLASS 16: Printed matter, namely, books in the fields of television programs in particular behind the scenes information about the television programs, posters, greeting cards, calendars, comic books; stationery, writing paper and envelopes, writing pads, paper party decorations, transfers in the nature of decalcomanias, photograms; bumper stickers; pens; pencils; paint brushes; trading cards

CLASS 18: Gym bags, backpacks, purses, luggage; key chains of leather or imitation leather

CLASS 20: Key chains of plastic; figurines of plastic, pillows being bedding, home accessories, namely, pillows

CLASS 21: Travel mugs; drinking glasses; coffee cups; mugs

CLASS 24: Towels, namely, beach towels; home accessories, namely, throws

CLASS 25: Men's, women's and children's clothing, namely, hats, toques, t-shirts, jackets, pants, shorts, skirts, dresses, sweatshirts, shirts and hooded sweatshirts; footwear; costumes, namely, Halloween costumes, masquerade costumes

CLASS 28: Board games; interactive games, namely, interactive board games, action skill games, parlor games, party games, role-playing games, table top games; playing cards; card games

CLASS 41: Entertainment services, namely, production of television programs, the production and distribution of television programs and live entertainment features in the nature of plays, comedy shows, and reality television programs; production of pre-recorded audio tapes, video cassettes, video tapes, video discs and digital video discs for others;



Director of the United States
Patent and Trademark Office



production of motion pictures and television features; providing entertainment information about television programs, games, fan sites and clubs via an internet website; online publication of newsletters regarding television programs

CLASS 42: Customizable web space for website members, namely, providing a website featuring technology that enables users to customize personalized web space, and post comments and videos

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1738169, FILED 07-21-2015, REG. NO. TMA1027123, DATED 06-18-2019, EXPIRES 06-18-2029

SER. NO. 86-780,724, FILED 10-07-2015

# United States of America

## United States Patent and Trademark Office

# JOHNNY & MOIRA & DAVID & ALEXIS.

**Reg. No. 7,209,813**

**Registered Nov. 07, 2023**

**Int. Cl.: 9, 16, 18, 20, 21, 24, 25**

**Trademark**

**Principal Register**

Not a Real Holding Company Inc. (CANADA CORPORATION)
35 McCaul Street, Suite 405
Toronto, Ontario, CANADA M5T1V7

CLASS 9: Mobile phone cases, protective tablet computer cases, laptop skins in the nature of fitted plastic films for covering and protecting laptops, protective laptop cases

CLASS 16: Framed art prints, framed art paintings, paper notebooks, journals in the nature of blank journal books and day timers

CLASS 18: Tote bags, purses, handbags, backpacks, wash bags sold empty for carrying toiletries, wallets

CLASS 20: Cushions, decorative pillows

CLASS 21: Mugs

CLASS 24: Blankets, namely, bed blankets, throw blankets, weighted blankets

CLASS 25: Casual clothing, namely, tops, bottoms, jumpers, sweatshirts, t-shirts, tank tops, shorts, pants, skirts, underwear, thermal underwear, socks; outerwear in the nature of coats, jackets, hoodies, rainwear, ponchos, hats, gloves, mittens, gaiters; nightwear, loungewear, dresses

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 2016717, FILED 03-11-2020, REG. NO. TMA1178517, DATED 05-10-2023, EXPIRES 05-10-2033

SER. NO. 90-172,416, FILED 09-10-2020

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# BOB'S GARAGE

**Reg. No. 7,416,743**

**Registered Jun. 18, 2024**

**Int. Cl.: 5, 12, 16, 18, 20, 21, 24, 25**

**Trademark**

**Principal Register**

Not a Real Holding Company Inc. (CANADA CORPORATION)
35 McCaul Street, Suite 405
Toronto, Ontario, CANADA M5T1V7

CLASS 5: Hanging car deodorizers

CLASS 12: Automotive windshield shade screens; cup holders for vehicles

CLASS 16: Framed art prints; framed art paintings

CLASS 18: Tote bags, backpacks, wash bags sold empty for carrying toiletries

CLASS 20: Cushions, decorative pillows

CLASS 21: Water bottles, sold empty

CLASS 24: Bed blankets, throw blankets; vehicle wash cloths and mitts; vehicle drying cloths and mitts

CLASS 25: Casual clothing, namely, tops, bottoms, jumpers, sweatshirts, t-shirts, tank tops, shorts, pants, skirts, underwear, thermal underwear, socks; outerwear in the nature of coats, jackets, hoodies, rainwear, ponchos, hats, gloves, mittens, gaiters; nightwear, loungewear, dresses

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA , REG. NO. TMA1189111, DATED 07-12-2023, EXPIRES 07-12-2033

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 2016715, FILED 03-11-2020, REG. NO. TMA1189111, DATED 07-12-2023, EXPIRES 07-12-2033

SER. NO. 90-172,426, FILED 09-10-2020

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# CAFÉ TROPICAL

**Reg. No. 7,220,845**
**Registered Nov. 21, 2023**
**Int. Cl.: 30, 32**
**Trademark**
**Principal Register**

Not a Real Holding Company Inc. (CANADA CORPORATION)
35 McCaul Street, Suite 405
Toronto, Ontario, CANADA M5T1V7

CLASS 30: Packaged foods, namely, food package combinations consisting primarily of bread, crackers and/or cookies; coffee, tea, hot chocolate, confectionery made of sugar and sugar substitutes, fruit confectionery, chocolate

CLASS 32: Non-alcoholic beverages, namely, non-alcoholic beverages flavored with coffee, non-alcoholic beverages flavored with tea, non-alcoholic carbonated beverages, fruit-based beverages, bottled water, mineral water, coconut water, flavoured water

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 2016713, FILED 03-11-2020, REG. NO. 1167647, DATED 03-01-2023, EXPIRES 03-01-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: "CAFE"

SER. NO. 90-172,434, FILED 09-10-2020

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# EW DAVID

**Reg. No. 7,209,814**

**Registered Nov. 07, 2023**

**Int. Cl.: 4, 9, 14, 16, 18, 20, 21, 24, 25**

**Trademark**

**Principal Register**

Not a Real Holding Company Inc. (CANADA CORPORATION)
35 McCaul Street, Suite 405
Toronto, Ontario, CANADA M5T1V7

CLASS 4: Candles

CLASS 9: Decorative magnets, mobile phone cases, protective tablet computer cases, laptop skins in the nature of fitted plastic films for covering and protecting laptops, protective laptop cases; sunglasses

CLASS 14: Jewelry, earrings, necklaces, rings, pin badges of precious metal, jewelry pins

CLASS 16: Framed art prints, framed art paintings, paper notebooks, journals in the nature of blank journal books and day timers, pencil cases

CLASS 18: Tote bags, purses, handbags, backpacks, wash bags sold empty for carrying toiletries, wallets

CLASS 20: Cushions, decorative pillows, photo frames in the nature of picture frames

CLASS 21: Water bottles, sold empty

CLASS 24: Bed blankets, throw blankets, weighted blankets

CLASS 25: Casual clothing, namely, tops, bottoms, jumpers, sweatshirts, t-shirts, tank tops, shorts, pants, skirts, underwear, thermal underwear, socks; outerwear in the nature of coats, jackets, hoodies, rainwear, ponchos, hats, gloves, mittens, gaiters; nightwear, loungewear, dresses, hats, caps, touques in the nature of a hat; baby clothing, namely tops and bottoms

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 2016714, FILED 03-11-2020, REG. NO. TMA1178515, DATED 05-10-2023, EXPIRES 05-10-2033

SER. NO. 90-172,440, FILED 09-10-2020

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# A LITTLE BIT ALEXIS

**Reg. No. 7,282,721**
**Registered Jan. 23, 2024**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Not a Real Holding Company Inc. (CANADA CORPORATION)
35 McCaul Street, Suite 405
Toronto, Ontario, CANADA M5T1V7

CLASS 25: Casual clothing, namely, tops, bottoms, jumpers in the nature of coveralls, sweatshirts, T-shirts, tank tops, shorts, pants, skirts, underwear, thermal underwear, socks, outerwear in the nature of coats, jackets, hoodies, rainwear, ponchos, hats, gloves, mittens, boot gaiters, nightwear, loungewear, dresses, bath robes, slippers, sleep masks

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 2059369, FILED 10-22-2020, REG. NO. TMA1,178,651, DATED 05-10-2023, EXPIRES 05-10-2033

SER. NO. 90-290,799, FILED 10-30-2020

*Katherine Kelly Vidal*
**Director of the United States Patent and Trademark Office**



# United States of America

### United States Patent and Trademark Office

# A LITTLE BIT ALEXIS

**Reg. No. 7,257,169**

**Registered Jan. 02, 2024**

**Int. Cl.: 3, 4, 9, 14, 16, 18, 20, 21, 24**

**Trademark**

**Principal Register**

Not a Real Holding Company Inc. (CANADA CORPORATION)
35 McCaul Street, Suite 405
Toronto, Ontario, CANADA M5T1V7

CLASS 3: Skin soaps, shower gels, non-medicated skincare preparations

CLASS 4: Candles

CLASS 9: Mobile phone cases, protective tablet computer cases, laptop skins in the nature of fitted plastic films for covering and protecting laptops, protective laptop cases; decorative magnets

CLASS 14: Lapel pin badges of precious metal, jewelry pins, key chains

CLASS 16: Framed art prints, framed art paintings, paper notebooks, journals in the nature of blank journal books and printed day planners, pencil cases, coasters of paper or cardboard, printed posters

CLASS 18: Tote bags, backpacks, wash bags sold empty for carrying toiletries

CLASS 20: Cushions, decorative pillows, photo frames in the nature of picture frames

CLASS 21: Drinkware, water bottles sold empty

CLASS 24: Bed blankets, throw blankets, bedding sets consisting primarily of bed blankets, pillow cases, bed sheets

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 2059369, FILED 10-22-2020, REG. NO. TMA1,178,651, DATED 05-10-2023, EXPIRES 05-10-2033

SER. NO. 90-975,932, FILED 10-30-2020

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

